IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:17-CV-366-D

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LARRY DARNELL HILL, JR., | ) | |
| | ) | |
| Defendant. | ) | |

On November 16, 2017, Larry Darnell Hill, Jr. ("Hill") responded to the order for a discovery plan [D.E. 15]. On November 27, 2017, Hill requested assistance with the discovery plan [D.E. 16]. Essentially, Hill requested assistance in setting up a teleconference with counsel for plaintiff to discuss the discovery plan.

On December 18, 2017, the United States filed a report of the parties' planning meeting concerning discovery [D.E. 20]. The report states that Hill "was initially on the call but refused to participate in devising a joint discovery plan." Id.

The court DENIES as moot Hill's motions [D.E. 15, 16] concerning the discovery plan. Obviously, a teleconference was held, but Hill refused to participate.

SO ORDERED. This 29 day of January 2018.

JAMES C. DEVER III
Chief United States District Judge