UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **JUDGMENT IN A CIVIL CASE** |
| v. ) | **CASE NO. 5:17-cv-366-D** |
| ) | |
| LARRY DARNELL HILL, JR., HILLBOY'S ) | |
| ENTERTAINMENT a/k/a Larry Hill - Hillboy's ) | |
| Entertainment d/b/a Hill's Tax Service, and ) | |
| CRYSTAL DENISE DICKENS, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiff's motion for summary judgment [D.E. 36] concerning its statutory claims for a permanent injunction and DENIES Hill's motions for reconsideration [D.E. 47, 50]. The court issues the permanent injunction against Hill and Hill's Tax.

IT IS FURTHER ORDERED that an ORDER and Judgment of PERMANENT INJUNCTION was entered against Defendant Crystal Dickens on December 17, 2018.

**This Judgment Filed and Entered on January 8, 2019, and Copies To:**

| | |
|---|---|
| Larry Darnell Hill, Jr. | (Sent toLexington - F.M.C., P.O. Box 14500 Lexington, KY 40512 via US Mail) |
| Erin F. Darden | (via CM/ECF electronic notification) |
| Joshua B. Royster | (via CM/ECF electronic notification) |
| Lee Perla | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE: | PETER A. MOORE, JR., CLERK |
| January 8, 2019 | (By) /s/ Nicole Sellers |
| | Deputy Clerk |